**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF TENNESSEE**
**WESTERN DIVISION**

| | | |
|---|---|---|
| RYAN CLARKE,<br><br>    Plaintiff,<br><br>v.<br><br>TOTAL QUALITY LOGISTICS,<br><br>    Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | No. 2:25-cv-2020-SHL-tmp |

**ORDER ADOPTING REPORT AND RECOMMENDATION AND**
**DENYING MOTION TO AMEND COMPLAINT AND FOR SUMMARY JUDGMENT**

Before the Court is Magistrate Judge Tu M. Pham's Report and Recommendation

("R&R") on Plaintiff Ryan Clarke's Motion to Amend Complaint and for Summary Judgment,

filed March 9, 2026.  (ECF No. 83.)  Clarke seeks to amend his complaint, and seeks summary

judgment as to the amended complaint.  This motion follows the Court's previous order

dismissing Clarke's claims related to his Non-Compete Agreement based on the forum-selection

clause in that agreement, compelling arbitration as to his other claims, and staying the case while

the arbitration proceeds.  (ECF No. 76 at PageID 445.)  Now, Clarke contends that amendment is

proper because the dismissal of his non-compete clause claims, for which the Court previously

found that Clarke did not carry his burden regarding the forum selection clause, was procedural

rather than based on merits. Clarke also reasserts claims for willful negligence, wrongful

termination, wrongful non-compete agreement, loss of wages, loss of trade secrets, and mental

anguish.  As to these claims, the Court previously compelled arbitration. (Id. at PageID 445–49.)

The R&R recommends that the Court deny Clarke's Motion to Amend Complaint and for

Summary Judgment, given that all of his claims were either dismissed or compelled to

arbitration, making amendment futile.  (ECF No. 83 at PageID 476–77.)  The Magistrate Judge

reasons that any new claims would be subject to either the forum selection clause or the binding arbitration agreement and there is no basis for summary judgment. (Id. at PageID 476–77.) Objections to the R&R were due on May 7, and no objections were filed.

A magistrate judge may submit to a district judge proposed findings of fact and recommendations for a disposition. 28 U.S.C. § 636(b)(1)(B). "Within 14 days after being served with a copy of the recommended disposition, a party may serve and file specific written objections to the proposed findings and recommendations." Fed. R. Civ. P. 72(b)(2); see also 28 U.S.C. § 636(b)(1). A district court reviews de novo only those proposed findings of fact or conclusions of law to which a party specifically objects; the rest are reviewed for clear error. 28 U.S.C. § 636(b)(1); Fed. R. Civ. P. 72(b)(3).

Because no objections have been filed, the Court reviews the R&R in its entirety for clear error and finds none. Therefore, the Court **ADOPTS** the R&R and **DENIES** Clarke's Motion to Amend. This case is **STAYED** pending arbitration.[1] The Parties must notify the Court within thirty days of the conclusion of the arbitration.

**IT IS SO ORDERED,** this 4th day of August, 2026.

s/ Sheryl H. Lipman
SHERYL H. LIPMAN
CHIEF UNITED STATES DISTRICT JUDGE

---

[1] Given the stay in this matter, the two other pending motions, both titled "Motion to Leave to File Under Seal" (ECF No. 82 and 84), are **DENIED** as moot.